845 A.2d 814

**In re NOMINATION PETITION OF D. Dexter WATSON as Republican Party Candidate for the Office of Representative in the General Assembly of the Commonwealth of Pennsylvania for the 29th Representative District.**

**Appeal of Thomas Eric Panzer, John Robert Beck, and Benjamin Francis Casole.**

Supreme Court of Pennsylvania.

March 26, 2004.

Joseph William Pizzo, Bensalem, David F. Conn, Elkins Park, for Thomas Eric Panzer, et al.

Dennis M. Abrams, Bala Cynwyd, Kristi E. Jasberg, for D. Dexter Watson.

Before CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

### ORDER

PER CURIAM:

**AND NOW,** this 26th day of March, 2004, the ORDER of the Commonwealth Court is hereby AFFIRMED. The Emergency Application for Expedited Appeal Pursuant to Pa.R.A.P. 310(e) and Emergency Application For Stay of the March 8, 2004 Order of the Commonwealth Court Pursuant to Pa.R.A.P. 1732 is hereby DENIED.